PER CURIAM.
 

 Sidney Lewis (“Appellant”) appeals his conviction and sentence for felony battery. He argues the trial court failed to conduct an adequate inquiry to determine whether his waiver of court-appointed counsel was knowing, voluntary, and intelligent, as required by
 
 Faretta v. California,
 
 422 U.S. 806, 95 S.Ct. 2525, 45 L.Ed.2d 562 (1975). He also argues the court erred when it failed to renew the offer of counsel prior to sentencing. We find the trial court satisfied
 
 Faretta
 
 and therefore did not abuse its discretion by permitting Appellant to represent himself at trial.
 
 See Aguirre-Jarquin v. State,
 
 9 So.3d 593, 602 (Fla.2009). However, Florida Rule of Criminal Procedure 3.111(d)(5) required the court to inquire further or renew the offer of counsel at the sentencing phase. Failure to do so constitutes reversible error.
 
 Travis v. State,
 
 969 So.2d 532, 533 (Fla. 1st DCA 2007).
 

 Accordingly, we AFFIRM the conviction, VACATE the sentence, and REMAND for resentencing.
 

 DAVIS, BENTON, and MARSTILLER, JJ., concur.